# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 3:24–bk–05726–DPC

CODY DOUGLAS SCHROEDER  Chapter: 7
10600 S. LOIS LANE
MAYER, AZ 86333
SSAN: xxx–xx–6350
EIN:

Debtor(s)

## ORDER

    The Debtor(s) have requested that the court approve a reaffirmation agreement with **NATIONSTAR MORTGAGE LLC** involving a consumer debt secured by a mortgage, deed of trust, or other lien instrument on real estate. The United States Bankruptcy Code does not require the court to approve such agreements. 11 U.S.C. § 524; McClelland Fed. Credit Union v. Parker (In re Parker), 139 F.3d 668 (9th Cir. 1998). Debtors are not required to sign a reaffirmation agreement in order to retain their real property. To retain this real property, Debtors must comply with the terms of this loan obligation.

    Based on the foregoing, the Court has not approved the Reaffirmation Agreement and no hearing will be held concerning such Agreement.

ORDERED ACCORDINGLY.

SIGNED AND DATED ABOVE.